FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRUNYA PONVANIT,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>            Defendants. | No. CV 15-968 DSF (FFMx)<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S *IN FORMA PAUPERIS* STATUS SHOULD NOT BE REVOKED |

On February 17, 2015, this Court entered an order granting plaintiff's request to proceed *in forma pauperis*. Upon further review, it is apparent that plaintiff has not provided all the information required to demonstrate entitlement to *in forma pauperis* status. Specifically, plaintiff's request has omitted pertinent information. Plaintiff has failed to fully answer question 1.b., which requests the amount of salary and wages per month that plaintiff received during her past employment. In addition, plaintiff's response to question 2 is clearly completed improperly in that it fails to indicate who or what has been providing plaintiff with the necessities of life over the past year. Finally, plaintiff has failed to indicate how much money plaintiff has been contributing toward her daughter's support as required by question 6.

Prior to revoking plaintiff's *in forma pauperis status*, the Court will provide plaintiff a further opportunity to demonstrate her entitlement to such status. Therefore,

1 plaintiff is ordered to show cause, in writing, within 15 days of the date of this order,
2 why her *in forma pauperis* status should not be revoked. In responding to this order,
3 plaintiff must fully and completely provide the information referenced above. If plaintiff
4 does not timely file her response to this order, the Court will revoke plaintiff's *in forma*
5 *pauperis* status and the action will be dismissed without prejudice unless plaintiff
6 submits the filing fee.
7     IT IS SO ORDERED.
8
9 DATED: February 24, 2015
10
11     /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
12     United States Magistrate Judge